*Name Searched On:*
**PALISADES COLLECTION (Legal)**

**Current Information**

*Entity Legal Name:*
**PALISADES COLLECTION, L.L.C.**

*Entity Fictitious Name:*
*Entity Address:*
**210 Sylvan Avenue, ENGLEWOOD CLIFFS, NJ 07632**

**General Entity Information:**

Control Number: **1999041393**
Status: **Active**
Entity Type: **Foreign Limited Liability Company (LLC)**

Entity Creation Date: **4/19/1999**
Entity Date to Expire:
Entity Inactive Date:

Original Creation Date: **5/5/1998**
Original Creation State: **DE**

**This entity is current with Business Entity Report(s).**

**There are no other names on file for this Entity.**

*Registered Agent*(name, address, *city*, *state*, zip):
**CT CORPORATION SYSTEM**
**150 West Market Street Suite 800**
**INDIANAPOLIS, IN 46204**

*Principals*(name, address, *city*, *state*, zip - when provided)
**This Limited Liability Company Has Managers.**

*Transactions:*

| Date Filed | Effective Date | Type |
|---|---|---|
| 04/19/1999 | 04/19/1999 | Application for Certificate of Authority |
| 03/19/2005 | 03/19/2005 | Revocation |
| 10/12/2006 | 10/12/2006 | Articles of Reinstatement |
| 06/03/2013 | 06/03/2013 | Notice of Change of Registered Office or Registered Agent |

**Corporate Reports:**
**Years Paid**
2001   2003   2005   2007   2009   2011   2013

**Years Due**
None

**Additional Services Available:**

EXHIBIT A

| | Generate an official Certificate of Existence/Authorization. |
|---|---|
| Go | There is a fee of 20.00 for *IN.gov* subscribers and a fee of $21.42 for credit card users. |
| | Example Certificate |

**NEW SEARCH**

All the entity information captured by the Indiana Secretary of State, pursuant to law, is displayed on the Internet. For further information, please call our office at 317-232-6576. Copies of actual corporate documents can also be downloaded online.

If you encounter technical difficulties while using these services, please contact the *IN.gov* Webmaster.
If you are unable to find the information you need through the resources provided on this web site, please contact Secretary of State Connie Lawson's Business Services Division at 317-232-6576.

« Back to the SOS Web site