AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

Peter Elliott, individually and on behalf of all others similarly situated )
)
*Plaintiff* )
)
v. ) Civil Action No. 1:14-cv-1067 TWP-MJD
)
Palisades Collection, LLC, a Delaware llc, and Vativ Recovery Solutions, LLC, Texas llc )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Vativ Recovery Soltuions
c/o Corporation Service Company
d/b/a CSC – Lawyers Incorporating Service Company,
as registered agent
211 E. 7th Street, Suite 620
Austin, Texas 78701-3218

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   David J. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road, Suite One
Palos Hills, Illinois 60465
(708) 974-2900

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, Laura A. Briggs

Date: June 27, 2014        BY: [signature]

## AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of Indiana

Case Number: 1:14-CV-1067 TWP-MJD

Plaintiff:
**Peter Elliott, individually and on behalf of all others similarly situated**
vs.
Defendant:
**Palisades Collection, LLC and Recovery Solutions, LLC**

Received by EXPRESS PROCESS SERVICE, INC. on the 30th day of June, 2014 at 9:29 am to be served on Vativ Recovery Solutins, LLC c/o Corporaton Service Company d/b/a CSC-Lawyers Incorporating Service Company, Registered Agent, 211 E. 7th Street, Suite 620, Austin, TX 78701. I, **GEORGE L. CASTILLO**, being duly sworn, depose and say that on the **2nd** day of **July**, 20**14** at **3:38** p.m., executed service by delivering a true copy of the **Summons, Complaint and Plaintiff's Motion for Class Certification** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____.

(✓) CORPORATE SERVICE: By serving **Sue Vertrees** as **Managing Agent**.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____

Age **58** Sex M (**F**) Race **WHITE** Height **5'7"** Weight **180lbs** Hair **GRAY** Glasses Y N

## AFFIDAVIT OF SERVICE for 1:14-CV-1067 TWP-MJD

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 2nd day of July 2014 by the affiant who is personally known to me.

_____
NOTARY PUBLIC



DANA L. MCMICHAEL
Notary Public, State of Texas
My Commission Expires
April 23, 2016

_____
PROCESS SERVER # N/A
Appointed in accordance with State Statutes

**EXPRESS PROCESS SERVICE, INC.**
**41 South Post Road**
**Indianapolis, IN 46219**
**(317) 890-1055**

Our Job Serial Number: 2014003701
Ref: Elliott/Palisades